IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-163-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID HENDERSON, | ) | |
| Defendant. | ) | |

The *pro se* motion for the preparation and transcription of the plea proceeding and sentencing hearing filed by David Henderson ("Henderson") [DE-232] has been referred to the clerk.

On September 7, 2016, United States District Judge Louise Wood Flanagan conducted a revocation hearing, and found that Henderson had violated the terms and conditions of the criminal judgment in this matter. Judge Flanagan revoked Henderson's term of supervised release and ordered him committed to the custody of the Bureau of Prisons for a period of 24 months. See Revocation Judgment [DE-230]. On September 19, 2016, Henderson filed *pro se* a notice of appeal as to the revocation judgment [DE-231], a motion to appoint appellate counsel [DE-233], and the motion seeking the preparation and transcription of the plea proceeding and sentencing hearing [DE-232]. With regard to the motion seeking transcripts, Henderson states the transcripts are "for his appellate proceedings."

The Fourth Circuit Court of Appeals appointed counsel for Henderson on September 21, 2016 [DE-236], and later appointed substitute counsel on October 5, 2016 [DE-237]. Henderson's appellate counsel has ordered transcripts for the prosecution of the appeal. See United States of America v. Henderson, No. 16-4597, Transcript Order Form (October 17, 2016). Henderson's motion seeking transcripts, accordingly, is DENIED.

SO ORDERED. This the 22nd day of November, 2016.

_____
Julie Richards Johnston
Clerk of Court