IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-163-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HENDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for return of seized property (DE 242), as supplemented (DE 244, 255). Where the government concedes that the property sought to be returned is no longer needed for evidence, and that the property will be returned to the movant or his authorized representative, with the exception of a license and bank card in the name of another individual, (see DE 246 at 2-3), the motion is DISMISSED AS MOOT.

SO ORDERED, this the 13th day of February, 2017.

LOUISE W. FLANAGAN
United States District Judge